■ CHARLOTTE MELORO et al., Appellants, v NEW YORK RACING ASSOCIATION, Defendant and Third-Party Plaintiff-Respondent. ARA LEISURE SERVICES, INC., Third-Party Defendant. [620 NYS2d 260] —Appeal by the plaintiffs from an order of the Supreme Court, Queens County (Leviss, J.), dated June 29, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Leviss at the Supreme Court. Bracken, J. P., Balletta, Ritter, Pizzuto and Florio, JJ., concur.

■ FRANCES NICOLETTI, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [620 NYS2d 254] —Appeal by the defendant from an order of the Supreme Court, Kings County (Bernstein, J.), entered June 9, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Bernstein at the Supreme Court. Thompson, J. P., Miller, O'Brien, Santucci and Joy, JJ., concur.